# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134517

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHN SWANIGAN,
     Defendant-Appellant.

SC: 134517
COA: 278457
Wayne CC: 03-003372-01

_____/

      On order of the Court, the application for leave to appeal the July 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



d1217

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk